**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York (State)

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

FILED
U.S. BANKRUPTCY COURT
2019 JUL 24 P 1:36
S.D.N.Y.

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  JG Worldwide, LLC

2. **All other names debtor used in the last 8 years**  N/A
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  82-0871907

4. **Debtor's address**

   Principal place of business:
   594 Broadway
   Ste 1001
   NY, NY 10012
   County: New York

   Mailing address, if different from principal place of business:
   25 Sylvan Rd South
   Ste A
   Westport, CT 06880

   Location of principal assets, if different from principal place of business:
   _____

5. **Debtor's website (URL)**  N/A

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __JG Worldwide, LLC__  Case number (if known) __Unknown__
　　　　Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __5 6 1 5__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check all that apply*:

   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When ___/___/_____  Case number _____
   　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　　District _____  When ___/___/_____  Case number _____
   　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No         See Attached
    ☒ Yes.  Debtor _____  Relationship _____
    　　　　District _____  When ___/___/_____
    　　　　　　　　　　　　　　　　　MM / DD / YYYY
    　　　　Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

Debtor: **JG Worldwide, LLC**        Case Number:   **Currently Not Available**

# Attachment to FORM 201

Question 10:

| | |
|---|---|
| Debtor: | Revealed Enterprises, LLC |
| Relationship | Affiliate Company |
| District | New York |
| When: | No later than July 24, 2019 |

| | |
|---|---|
| Debtor: | Heritage Tours USA, LLC |
| Relationship | Affiliate Company |
| District | New York |
| When: | No later than July 24, 2019 |

| | |
|---|---|
| Debtor: | JJT Acquisitions, LLC |
| Relationship | Affiliate Company |
| District | New York |
| When: | No later than July 24, 2019 |

| | |
|---|---|
| Debtor: | ~~Millenium Voyages, LLC~~ BFA, LLC |
| Relationship | Affiliate Company |
| District | New York |
| When: | No later than July 24, 2019 |

| | |
|---|---|
| Debtor: | City Escapes, Inc |
| Relationship | Affiliate Company |
| District | New York |
| When: | No later than July 24, 2019 |

| | |
|---|---|
| Debtor: | Mercury Advertising Inc |
| Relationship | Affiliate Company |
| District | New York |
| When: | No later than July 24, 2019 |

Debtor  JG Worldwide, LLC    Case number (if known) Unknown

11. **Why is the case filed in this district?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number   Street

    _____
    City                                State   ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated assets**

    ☑ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☐ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3

Debtor __J6 Worldwide, LLC__ Case number (if known) __Unknown__
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/24/2019__
            MM / DD / YYYY

X __James Saleh__                                      __James Saleh__
Signature of authorized representative of debtor        Printed name

Title __Partner / CFO__

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor           MM / DD / YYYY

Printed name _____

Firm name _____

Number   Street _____

City _____ State ____ ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:26 PM 03/20/2017
FILED 12:26 PM 03/20/2017
SR 20171862709 - File Number 6353261

# CERTIFICATE OF FORMATION
# OF
# JG Worldwide, LLC

(A Delaware Limited Liability Company)

**First:** The name of the limited liability company is: JG Worldwide, LLC

**Second:** Its registered office in the State of Delaware is located at 16192 Coastal Highway, Lewes, Delaware 19958, County of Sussex. The registered agent in charge thereof is Harvard Business Services, Inc.

IN WITNESS WHEREOF, the undersigned, being fully authorized to execute and file this document have signed below and executed this Certificate of Formation on this March 20, 2017.

_Richard H. Bell II_
Harvard Business Services, Inc., Authorized Person
By: Richard H. Bell, II, President

# STATEMENT OF AUTHORIZED PERSON
*************************

IN LIEU OF ORGANIZATIONAL MEETING
FOR
JG Worldwide, LLC
March 20, 2017

We, Harvard Business Services, Inc., the Authorized Person of JG Worldwide, LLC -- a Delaware Limited Liability Company -- hereby adopt the following resolution pursuant to Section 18-201 of the Delaware Limited Liability Company Act:

**Resolved**: That the Certificate of Formation of JG Worldwide, LLC was filed with the Secretary of State of Delaware on March 20, 2017.

**Resolved**: That on March 20, 2017 the following persons were appointed as the initial Members of the Limited Liability Company until their successors are elected and qualify:

JJT Acquisitions, LLC

**Resolved**: That the undersigned signatory hereby resigns as the authorized person of the above named Limited Liability Company.

This resolution shall be filed in the minute book of the company.

*/s/ Richard H. Bell, II*

Harvard Business Services, Inc., Authorized Person
By: Richard H. Bell, II, President

*** This document is not part of the public record. Keep it in a safe place. ***

# JG Worldwide, LLC

## Resolution to File Chapter 7 Bankruptcy

WHEREAS, the Corporation is insolvent and unable to pay its debts as they mature, and WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 7 of the Bankruptcy Code, it is:

RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

The undersigned hereby certifies that he/she is the duly elected and qualified Managing Member and the custodian of the books and records and seal of JG Worldwide, LLC, a corporation duly formed pursuant to the laws of the state of Delaware and that the foregoing is a true record of a resolution duly adopted at a meeting of the Members and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on July 10, 2019, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as the Managing Member and have hereunto affixed the corporate seal of the above-named Corporation this Wednesday, the 18th, of July of 2019.

_James Saleh_
James Saleh, Managing Member

Pg 9 of 9

Debtor: **JG Worldwide, LLC**               Case Number:   **Currently Not Available**

# Creditor Listing

| | |
|---|---|
| Creditor: | Kirk Reynolds |
| Address: | 620 Ridgefield, CT 06877 |
| Amount Owed: | Approximately $447,000 |

| | |
|---|---|
| Creditor: | Jeff Welch |
| Address: | 12 Horse Thief Trail, Livingston, MT 59047 |
| Amount Owed: | Approximately $178,400 |

| | |
|---|---|
| Creditor: | Tanya White |
| Address: | 12 Horse Thief Trail, Livingston, MT 59047 |
| Amount Owed: | Approximately $44,600 |

| | |
|---|---|
| Creditor: | Marc Borremans |
| Address: | Murphy & McGongile C/O Mike Rella, 1185 Avenue of the Americas, 21st Floor, New York, NY 10036 |
| Amount Owed: | Approximately $900,000 |

| | |
|---|---|
| Creditor: | Money Works Direct C/O Frank Giannuzzi |
| Address: | 246 W 38th Street, Suite 707, New York, NY 10018 |
| Amount Owed: | Approximately $460,000 |

| | |
|---|---|
| Creditor: | Janet Arnold |
| Address: | Dean Kaplan<br>The Kaplan Group, Inc.<br>2250 King Court, Suite 50<br>San Luis Obispo, CA 93401 |
| Amount Owed: | Approximately $30,000 |